■ WEIGUANG HU et al., Plaintiffs, v SHEN & SHEN INTERNA-
TIONAL CORP. et al., Appellants, and LOUIS G. GOLDSTEIN, Re-
spondent. [709 NYS2d 843] —In an action to recover damages for
personal injuries, etc., the defendants Shen & Shen Interna-
tional Corp. and Ziming Shen appeal, as limited by their brief,
from so much of an order of the Supreme Court, Queens County
(Polizzi, J.), dated July 7, 1999, as granted that branch of the
motion of the defendant Louis G. Goldstein which was for sum-
mary judgment dismissing their cross claims against him.

Ordered that the order is affirmed insofar as appealed from,
with costs.

The Supreme Court properly granted that branch of the mo-
tion of the defendant Louis G. Goldstein which was for sum-
mary judgment dismissing the appellants' cross claims against
him (see, Levine v Taylor, 268 AD2d 566; Leal v Wolff, 224
AD2d 392; Silbermann v Surrey Cadillac Limousine Serv., 109
AD2d 833). Mangano, P. J., Santucci, Krausman, Florio and
Schmidt, JJ., concur.